**Cornelio LAYAO, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 05–3105.**

United States Court of Appeals, Federal Circuit.

March 22, 2005.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit

Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**ASICS CORPORATION and Asics America Corporation, Plaintiffs–Appellees,**

v.

**WANTED SHOES, INC., Defendant–Appellant.**

**No. 05–1225.**

United States Court of Appeals, Federal Circuit.

March 22, 2005.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).